1  John J. Davis, Jr. (State Bar No. 065594)
   DAVIS, COWELL & BOWE, LLP
2  595 Market Street, Suite 1400
   San Francisco, CA 94105
3  Telephone: (415) 597-7200
   Facsimile: (415) 597-7201
4
   John D. McLachlan (State Bar No. 102436)
5  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2340
6  San Francisco, CA 94111-3712
   Telephone: (415) 490-9000
7  Facsimile: (415) 490-9001

8  Attorneys for Respondent
   Stuart Roos d/b/a DRP Plumbing
9

10

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL UNION NO. 159 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBER AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO-CLC,<br><br>Petitioner,<br>v.<br><br>STUART ROOS d/b/a DRP PLUMBING, DOES 1 through 50, inclusive,<br><br>Respondent. | Civil Action No. CV 09 0419 SI<br><br>**STIPULATION GRANTING RESPONDENT AN EXTENSION TO RESPOND TO PETITION TO CONFIRM AND ENFORCE ARBITRATION AWARD** |

Stipulation Granting Respondent an Extension to Respond to
Petition to Confirm and Enforce Arbitration Award

1

Pursuant to Civil Local Rule 6-1, the parties agree that Respondent's Response to Petitioner's Petition to Confirm and Enforce Arbitration Award is extended to and through March 26, 2009.

IT IS SO STIPULATED.

DATED: March 18, 2009

DAVIS, COWELL & BOWE, LLP

By: _____
John J. Davis, Jr.
Attorneys for Petitioner
Plumbers and Steamfitters
Local Union No. 159

DATED: 3-18-09

FISHER & PHILLIPS

By: _____
John D. McLachlan
Attorneys for Respondent
Stuart Roos d/b/a DRP Plumbing

IT IS SO ORDERED

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation Granting Respondent an Extension to Respond to
Petition to Confirm and Enforce Arbitration Award

2