John J. Davis, Jr. (State Bar No. 065594)
DAVIS, COWELL & BOWE, LLP
595 Market Street, Suite 1400
San Francisco, CA 94105
Telephone: (415) 597-7200
Facsimile: (415) 597-7201

John D. McLachlan (State Bar No. 102436)
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2340
San Francisco, CA 94111-3712
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Respondent
Stuart Roos d/b/a DRP Plumbing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL UNION NO. 159 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBER AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO-CLC,<br><br>Petitioner,<br>v.<br><br>STUART ROOS d/b/a DRP PLUMBING, DOES 1 through 50, inclusive,<br><br>Respondent. | Civil Action No. CV 09 0419 SI<br><br>**STIPULATION GRANTING RESPONDENT AN EXTENSION TO RESPOND TO PETITION TO CONFIRM AND ENFORCE ARBITRATION AWARD** |

Pursuant to Civil Local Rule 6-1, the parties agree that Respondent's Response to Petitioner's Petition to Confirm and Enforce Arbitration Award is extended to and through April 2, 2009.

IT IS SO STIPULATED.

DATED: March 26, 2009         DAVIS, COWELL & BOWE, LLP

                              By: _____
                                  John J. Davis, Jr.
                                  Attorneys for Petitioner
                                  Plumbers and Steamfitters
                                  Local Union No. 159

DATED: March 26, 2009         FISHER & PHILLIPS

                              By: _____
                                  (For) John D. McLachlan
                                  Attorneys for Respondent
                                  Stuart Roos d/b/a DRP Plumbing

NO FURTHER EXTENSIONS WILL BE GRANTED.

IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA