DAVIS, COWELL & BOWE, LLP
John J. Davis, Jr., SBN 065594
jjdavis@dcbsf.com
Eric J. Wiesner, Esq., SBN pending
ejw@dcbsf.com
595 Market Street, Suite 1400
San Francisco, California 94105
Tel: (415) 597-7200  Fax: (415) 597-7201

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUMBERS AND STEAMFITTERS LOCAL UNION NO. 159 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBER AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO CLC,<br><br>Petitioner,<br><br>v.<br><br>STUART ROOS d/b/a DRP PLUMBING, DOES 1 through 20, inclusive,<br><br>Respondent. | Case No.: CV 09-0419 SI<br><br>**CONSENT DECREE CONFIRMING AND ENFORCING ARBITRATION AWARD**<br><br>[29 U.S.C. § 185] |

**STIPULATION FOR ENTRY OF CONSENT DECREE**

This action was brought to confirm and enforce an arbitration award issued under the grievance procedure of a collective bargaining agreement. The award imposes liability on respondent Stuart Roos, doing business as DRP Plumbing, for failing to comply with his obligations under the Master Labor Agreement to which he is a party signatory with petitioner Plumbers and Steamfitters Local Union No. 159.

The parties have agreed to settle the claim asserted herein through the entry of a consent

decree. The parties agree that the Court has jurisdiction of the subject matter of this action and the parties to it, and that it be

ORDERED, ADJUDGED and DECREED that:

1. The Joint Conference Board award of May 30, 2008 be, and on the Court's approval is hereby confirmed and enforced. A true and correct copy of the award is attached hereto as Exhibit 1.

2. Respondent will pay petitioner the $18,000 awarded by the Joint Conference Board in equal monthly payments of $2,000. Payments will be due by means of negotiable instruments delivered each month to Local 159 no later than the 20th day of each month, beginning on April 20, 2009.

3. If respondent receives any payment for work performed on his Pittsburg school project, no less than fifty percent of each such payment will be made towards retiring the obligations of this Consent Decree.

4. The $18,000 owed under this Consent Decree will bear simple interest at the rate of 8% per annum.

5. In the future, if respondent performs work covered by petitioner's Master Labor Agreement in Contra Costa County, he will comply in all respects with that agreement.

6. Upon approval by the Court, the Clerk shall enter this Consent Decree as the judgment herein.

7. The parties shall bear their own attorneys fees and costs of suit incurred herein.

Dated: April ___, 2009

_____
STUART ROOS

Dated: April 2, 2009

FISHER AND PHILLIPS LLP

by _____
JOHN D. McLACHLAN
Attorneys for Respondents

Dated: April 2, 2009

PLUMBERS AND STEAMFITTERS
LOCAL UNION NO. 159

by _____
ARAM HODESS
Business Manager

Dated: April 2, 2009

DAVIS, COWELL & BOWE, LLP

by _____
JOHN J. DAVIS, JR.
Attorneys for Petitioners

## ORDER OF APPROVAL

The foregoing stipulation is approved. The Clerk is directed to enter this Consent Decree as the judgment of the Court.

It is so ordered.

Dated: April 6, 2009

_____
SUSAN ILLSTON
United States District Judge

**EXHIBIT 1**



May 30, 2008

Aram Hodess                             Stuart Roos
UA Local 159                            DRP Plumbing
1308 Roman Way                          2925 Crocker Ave
Martinez CA 94553                       Redwood City CA 94063

Gentlemen:

The Joint Conference of United Association Local Union 159 and the Greater Bay Area-PHCC met on Thursday, May 29th 2008, in the Local 159 Conference Room to hear a Grievance against DRP Plumbing.

Upon hearing the testimony and receiving the evidence the Board went into Executive Session and found as follows:

1) The five U.A. Local 159 Members listed on the certified payroll for Range Road Middle School shall be paid $1300.00 each as a payroll check.

2) U.A. Local 159 Steward Daren Ochoa shall be paid $10,000 as a payroll check.

3) DRP Plumbing shall pay $1500.00 to U.A. Local 159 for proper disbursement to the journeyperson on the out of work list for the Fabrication violation.

All of the above checks shall be sent to the Business Manager Aram Hodess for distribution prior to 5:00 PM on Monday, June 30th, 2008.

This concludes this matter.

Sincerely,

*[signature]*

Michael Smith
Secretary

*Exhibit 1*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stuart Roos
   DRP PLUMBING
   2925 Crocker Ave
   Redwood City, CA 94063

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]                          ☐ Agent
                                          ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   S. Japlrlen

D. Is delivery address different from Item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7014 1350 0005 0236 9746

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1040





Stuart Roos
DRP PLUMBING
2925 Crocker Avenue
Redwood City, CA 94063

7004 1350 0005 0236 9746



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 2, 2009, the foregoing CONSENT DECREE CONFIRMING AND ENFORCING ARBITRATION AWARD, has been filed through the ECF system and I am informed that it will be sent electronically to the following registered participants as identified on the Court's Notice of Electronic Filing. The foregoing will be sent via first class mail to the attorneys of record who are not indicated as participants.

[ X ]   All parties are registered participants as identified on the Court's Notice of Electronic Filing.

**Via First Class Mail:**

Dated: April 2, 2009                                   /s/ *John J. Davis, Jr.*,
                                                                   JOHN J. DAVIS, JR.,

Certificate of Service – ECF                                           EDCV 08-1039 SGL (OPx)